DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NOEL DOBARGANES,**
Appellant,

v.

**KENDALL IMPORTS, LLC,** and **FRANK MARSALA,**
Appellees.

No. 4D20-1674

[March 11, 2021]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE20-107.

Chris Kleppin of The Kleppin Firm, P.A., Plantation, for appellant.

Gerald B. Cope, Jr., Melissa S. Zinkil, and Lorayne Perez of Akerman, LLP, Miami, for appellees.

PER CURIAM.

*Affirmed.*

MAY, KUNTZ, and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***